UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL GREGORY HOGAN,

    Plaintiff,

                    NO. CIV. S-08-155 LKK/DAD

    v.

TOWN OF MAMMOTH LAKES, CALIFORNIA; ERIC HUGELMAN, an individual; MARC MOSCOWITZ, an individual; LUKE SCHWARZKOPF, an individual; DANIEL CASABIAN, an individual; and DOES 1 through 50, inclusive,

                      O R D E R

    Defendants.

                           /

Pending before the court is the parties' application to continue the deadlines set forth in the court's April 9, 2008 Scheduling Order. The court held a telephone conference on the matter on February 9, 2009, in which counsel for plaintiffs and for defendants participated. Good cause appearing, the court ORDERS as follows:

1. The deadline for designation of experts is continued to May 7, 2009.

2. The deadline for hearing all discovery motions is

1

|    |    |    |
|---:|----|----|
| 1  |    | continued to June 8, 2009. |
| 2  | 3. | The deadline for completion of discovery is continued to |
| 3  |    | July 6, 2009. |
| 4  | 4. | The deadline for hearing all law and motion matters is |
| 5  |    | continued to September 6, 2009. |
| 6  | 5. | The pretrial conference is continued to December 7, 2009 |
| 7  |    | at 2:00 PM. |
| 8  | 6. | The trial is continued to March 9, 2010. The parties |
| 9  |    | represent in good faith that the trial will last |
| 10 |    | approximately ten days. |
| 11 | IT IS SO ORDERED. | |
| 12 | DATED:  February 10, 2009. | |

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT