UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL GREGORY HOGAN,

          Plaintiff,

    v.

TOWN OF MAMMOTH LAKES, CALIFORNIA; ERIC HUGELMAN, an individual; MARC MOSCOWITZ, an individual; LUKE SCHWARZKOPF, an individual; DANIEL CASABIAN, an individual; and DOES 1 through 50, inclusive,

          Defendants.

                              NO. CIV. S-08-0155 LKK/DAD

O R D E R

The parties have filed a stipulation to continue certain discovery dates and have failed to show good cause. Accordingly, the request to change dates is DENIED.

The parties, of course, are free to make any agreements between themselves, but such agreements will not be enforced by the court.

////

1

1  IT IS SO ORDERED.

2  DATED:   June 30, 2009.

3

4
                                    /s/ Lawrence K. Karlton
5                                   LAWRENCE K. KARLTON
                                    SENIOR JUDGE
6                                   UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26