UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL GREGORY HOGAN,

    Plaintiff,

    v.

TOWN OF MAMMOTH LAKES, CALIFORNIA; ERIC HUGELMAN, an individual; MARC MOSCOWITZ, an individual; LUKE SCHWARZKOPF, an individual; DANIEL CASABIAN, an individual; and DOES 1 through 50, inclusive,

    Defendants.

NO. CIV. S-08-155 LKK/DAD

O R D E R

/

    The court is in receipt of the parties' stipulated request to extend deadlines related to completion of depositions and of law and motion matters.  This stipulation seeks to modify the Fed. R. Civ. P. 16 scheduling order.  However, the parties have not made (or even attempted to make) the requisite showing of good cause. See Scheduling Order, Doc. No. 8, at 10 (Apr. 9, 2008) ("[T]he status (pretrial scheduling) order shall not be modified except by leave of court upon a showing of good cause. . . . Agreement by the parties pursuant to stipulation does not constitute good cause.").

1

1  The parties are free to enter into whatever stipulations they
2 wish regarding discovery, but it does not appear appropriate or
3 necessary for the court to therefore approve such stipulations, and
4 the court will not enforce discovery at variance with the original
5 schedule.  The court denies the request to extend the law and
6 motion cutoff.
7  Accordingly, the request to extend dates is DENIED.
8   IT IS SO ORDERED.
9  DATED:  September 9, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT