**Scott J. Grossberg (Bar No. 123359)**
**Richard R. Clouse (Bar No. 110363)**
**Joseph E. Brick (Bar No. 253132)**
**CIHIGOYENETCHE, GROSSBERG & CLOUSE**
8038 Haven Avenue, Suite E
Rancho Cucamonga, CA 91730
(909) 483-1850
(909) 483-1840 (Fax)
sgrossberg@cgclaw.com/riclouse@yahoo.com
josephbrick@cgclaw.com

Attorneys for Defendants, TOWN OF MAMMOTH LAKES, ERIC HUGELMAN, MARC MOSCOWITZ, LUKE SCHWARZKOPF, AND DANIEL CASABIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| DARRYL GREGORY HOGAN, <br><br> Plaintiff, <br><br> vs. <br><br> TOWN OF MAMMOTH LAKES, CALIFORNIA; ERIC HUGELMAN, an individual; MARC MOSCOWITZ, an individual; LUKE SCHWARZKOPF, an individual; DANIEL CASABIAN, an individual; and and DOES 1 through 50, inclusive, <br><br> Defendants. | **CASE NO. 2:08-CV-00155-LKK-DAD** <br><br> **ORDER GRANTING JOINT STIPULATION RE DISMISSAL OF DEFENDANT LUKE SCHWARZKOPF** <br><br> *Assigned to Hon. Lawrence K. Karlton Courtroom 4* |

The Court having fully read the Stipulation re: Dismissal of Defendant LUKE SCHWARZKOPF and good causing appearing therefor,

**IT IS HEREBY ORDERED** that:

1.   Defendant LUKE SCHWARZKOPF is dismissed from this matter, with prejudice.

DATED: November 9, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

*Darryl Gregory Hogan v. Town of Mammoth Lakes*
Case No. 2:08-CV-00155-LKK-DAD

**PROOF OF SERVICE**

STATE OF CALIFORNIA -- COUNTY OF SAN BERNARDINO

I am employed in the County of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is 8038 Haven Avenue, Suite E, Rancho Cucamonga, CA 91730.

That on November 3, 2009 I served the within **[PROPOSED] ORDER GRANTING JOINT STIPULATION RE DISMISSAL OF DEFENDANT LUKE SCHWARZKOPF** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

/X/   **(BY MAIL)** I caused such envelope to be deposited in the mail at Rancho Cucamonga, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Rancho Cucamonga, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

//    **(BY OVERNIGHT COURIER)** I caused the above-referenced document(s) to be delivered to FedEx, an overnight courier, for next-business-day delivery to the addressees.

//    **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the addressee. (C.C.P. § 1013A, § 2015.5)

/X/   **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 3, 2009 at Rancho Cucamonga, California.

_____
DENISE SCHWOB

2

*Darryl Gregory Hogan v. Town of Mammoth Lakes*
Case No. 2:08-CV-00155-LKK-DAD

## SERVICE LIST

| | |
|---|---|
| Peter D. Nitschke, Esq.<br>Nitschke Law Group<br>16520 Bake Parkway, Suite 105<br>Irvine, CA  92618<br>(949) 872-2060/phone<br>(949) 872-2061/fax | *Attorneys for Plaintiff*<br>**DARRYL GREGORY HOGAN** |
| Harry W. Harrison, Esq.<br>Matthew J. O'Connor, Esq.<br>Harrison, Patterson, O'Connor & Kinkead LLP<br>402 W. Broadway, 29th Floor<br>San Diego, CA  92101<br>(619) 756-6990/phone<br>(619) 756-6991/fax | *Associate Counsel for Plaintiff*<br>**DARRYL GREGORY HOGAN** |