**Scott J. Grossberg (Bar No. 123359)**
**Joseph E. Brick (Bar No. 253132)**
**CIHIGOYENETCHE, GROSSBERG & CLOUSE**
8038 Haven Avenue, Suite E
Rancho Cucamonga, CA 91730
(909) 483-1850
(909) 483-1840 (Fax)
sgrossberg@cgclaw.com
josephbrick@cgclaw.com

Attorneys for Defendants, TOWN OF MAMMOTH LAKES, ERIC HUGELMAN, MARC MOSCOWITZ AND DANIEL CASABIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| DARRYL GREGORY HOGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>TOWN OF MAMMOTH LAKES, CALIFORNIA; ERIC HUGELMAN, an individual; MARC MOSCOWITZ, an individual; LUKE SCHWARZKOPF, an individual; DANIEL CASABIAN, an individual; and and DOES 1 through 50, inclusive,<br><br>    Defendants. | **CASE NO. 2:08-CV-00155-LKK-DAD**<br><br>**ORDER RE: STIPULATION OF DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE**<br>**[F.R.C.P., Rule 41(a)(1)]**<br><br><br>***Assigned to Hon. Lawrence K. Karlton***<br>***Courtroom 4*** |

The Court having fully read the Stipulation of Dismissal of Entire Action, With Prejudice, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1.   This action is dismissed in its entirety, with prejudice.

DATED:   December 23, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE